LINDA JENKINS AND CAROL A. GRAVES, AS INDIVIDU-
ALS AND NEWARK TEACHERS UNION, LOCAL 481,
A. F. T. AFL-CIO, AND OTHERS SIMILARLY SITUATED,
PLAINTIFFS-RESPONDENTS, v. NEWARK BOARD OF
EDUCATION, CITY OF NEWARK, DEFENDANT-APPEL-
LANT.

Superior Court of New Jersey
Appellate Division

Argued February 21, 1979—Decided February 27, 1979.

Orally argued before Judges LYNCH and CRANE. Judge HORN participated in the decision.

Mr. *Cecil J. Banks,* General Counsel, argued the cause for appellant Newark Board of Education (*Ms. Lois N. Kauder,* Associate Counsel, on the brief).

Mr. *Eugene G. Liss* argued the cause for respondents Jenkins, *et al.* (*Messrs. Liss* and *Meisenbacher,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons stated by Judge Yanoff in his opinion of January 12, 1979. 166 *N. J. Super.* 357.